STATE OF CONNECTICUT *v.* FENIX D'HAITY

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 375 (AC 25306), is denied.

*Roy S. Ward,* special public defender, in support of the petition.

*Proloy K. Das,* assistant state's attorney, in opposition.

Decided May 1, 2007

BERNHARD-THOMAS BUILDING SYSTEMS, LLC *v.* CHET DUNICAN ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 100 Conn. App. 63 (AC 27465), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that a prejudgment remedy application is not a civil action for purposes of a subsequent claim for the tort of vexatious litigation?"

The Supreme Court docket number is SC 17899.

*Alan R. Spirer,* in support of the petition.

Decided May 1, 2007